NUMBER 13-07-423-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__________________________________________________________________


 

IN RE OCTAVIO CASTANEDA D/B/A


CASTANEDA BAIL BONDS AND O. CASTANEDA BAIL BONDS



__________________________________________________________________


On Petition for Writ of Mandamus

__________________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Benavides and Vela 


Per Curiam Memorandum Opinion (1)



 Relator, Octavio Castaneda d/b/a Castaneda Bail Bonds and O. Castaneda Bail
Bonds, filed a petition for writ of mandamus in the above cause on July 2, 2007. The Court, having examined and fully considered the petition for writ of
mandamus, is of the opinion that relator has not shown himself entitled to the relief 


sought. Accordingly, the petition for writ of mandamus is DENIED. See Tex. R. App.
P. 52.8(a). 


 PER CURIAM



Memorandum Opinion delivered and filed

this 23rd day of July, 2007.

 
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).